# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



|  |  |
|---|---|
| United States of America  )<br>vs.                                          )<br>Iris Stephanie Garcia               )<br>                                             ) | Case No.<br>1:13-CR-000136-AWI-BAM-9 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Iris Garcia___, have discussed with ___Jacob Scott___, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's location monitoring condition and the restriction of **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   7/3/13            _____   7/3/13
Signature of Defendant              Date              Pretrial Services Officer         Date
Iris Garcia                                                       Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____   7/3/13
Signature of Assistant United States Attorney              Date
Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   7-3-13
Signature of Defense Counsel                                       Date
Harry Drandell

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___7/3/13___.
[ ] The above modification of conditions of release is not ordered.

_____   7/3/13
Signature of Judicial Officer                                         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services