(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Iris Stephanie Garcia

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRIS STEPHANIE GARCIA,<br><br>Defendant. | CASE NO.: **1:13-CR-00136 AWI-BAM**<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Iris Stephanie Garcia, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Harry M. Drandell, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Dated: April 24, 2014                                    /s/ Iris Stephanie Garcia
                                                                    IRIS STEPHANIE GARCIA

Dated: April 17, 2014

HARRY M. DRANDELL
Law Offices of Harry M. Drandell

By: /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
IRIS STEPHANIE GARCIA

O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant Iris Stephanie Garcia's appearance may be waived at any and all proceedings until further order.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **April 24, 2014**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE