# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 02 2014
OCT 02 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Iris Stephanie Garcia | Case No.<br>1:13-CR-000136-AWI-BAM-9 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Iris Garcia__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's third party custodian from her conditions of release.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/29/14          _____  9/22/14
Signature of Defendant    Date             Pretrial Services Officer  Date
Iris Garcia                                Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                    9/22/14
Signature of Assistant United States Attorney   Date
Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    9-23-14
Signature of Defense Counsel               Date
Harry Drandell

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __October 2, 2014__.
☐ The above modification of conditions of release is *not* ordered.

_____                    October 2, 2014
Signature of Judicial Officer              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services