(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891



**FILED**

JAN 07 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ATTORNEYS FOR   Defendant, Iris Stephanie Garcia

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>IRIS STEPHANIE GARCIA,    )<br>)<br>Defendant.    )<br>_____ ) | CASE NO:  1:13-CR-00136 AWI-BAM<br><br>**APPLICATION FOR ORDER**<br>**EXONERATING CASH BOND**<br>**AND ORDER THEREON** |

Defendant, Iris Stephanie Garcia, by and through her attorney, Harry M. Drandell, hereby

moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in

the above captioned case.

On April 18, 2013, United States Magistrate Judge, Gary S. Austin ordered the release of

Ms. Garcia, setting conditions of pretrial supervision, which included the posting of a $10,000

cash bond.  Iris Garcia was released from custody on April 18, 2013, following the deposit of

$10,000 cash with the Clerk of the Court by Jorge A. Garcia Ayala [Receipt #CAE 100022172].

Given the Defendant's exemplary performance on Pretrial Release, the parties have

agreed that the interests of justice would be served with the exoneration of cash bond.

Accordingly, Iris Garcia hereby requests the Court to exonerate the cash bond set by the Magistrate Judge and order the Clerk of the Court to return the $10,000 cash [Receipt #CAE 100022172] to Jorge A. Garcia Ayala.

Assistant United States Attorney, Grant Rabenn, is in agreement with this application.

DATED: January 7, 2015                    BENJAMIN B. WAGNER

United States Attorney

/s/ Grant Rabenn

_____

GRANT RABENN,
Attorney for Plaintiff, United States of America

DATED: January 7, 2015                    HARRY M. DRANDELL

Law Offices of Harry M. Drandell

/s/ Harry M. Drandell

_____

HARRY M. DRANDELL
Attorney for Defendant,
IRIS STEPHANIE GARCIA

## O R D E R

**IT IS HEREBY ORDERED** that the cash bond posted by Iris Garcia is exonerated and the Clerk of the Court is directed to return the $10,000 cash [Receipt #CAE 100022172] to Jorge A. Garcia Ayala.

IT IS SO ORDERED.

DATED: _1-7-15_                    _____

HONORABLE ANTHONY W. ISHII
United States District Judge