HARRY M. DRANDELL #109293
LAW OFFICES OF HARRY M. DRANDELL
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Iris Stephanie Garcia

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO: 1:13-CR-00136 AWI-BAM** |
| Plaintiff, | ) ) | **ORDER FOR RETURN PASSPORT** |
| v. | ) ) | |
| IRIS STEPHANIE GARCIA, | ) ) | |
| Defendant. | ) ) | **HONORABLE ANTHONY W. ISHII** |

The Indictment as to the above-named defendant having been Dismissed and the legal proceedings having been terminated;

IT IS HEREBY ORDERED that the Passport posted in this matter on April 23, 2013, [Doc #43] be returned to defendant IRIS STEPHANIE GARCIA's attorney of record, Harry M. Drandell.

USA Passport No.: 035769937

IT IS SO ORDERED.

Dated: **October 28, 2016**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE